An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE CLIFTON CARTER,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 68666

**FILED**

OCT 0 6 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court decision denying the "Accused Motion for Decision on the Merits of Invalid Laws of the State of Nevada Causing this District Court to be Divested of Subject Matter Jurisdiction Abinitio." Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from the aforementioned decision. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

15-30273

cc: Hon. Connie J. Steinheimer, District Judge
Willie Clifton Carter
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk